IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHIPEKA NELSON,                     )
                                    )
        Plaintiff,                  )
                                    )
     v.                             )      1:22-cv-173
                                    )
DUKE MANOR, GENERAL                 )
SERVICES CORPORATION and            )
LASALLE NC L.L.C.,                  )
                                    )
        Defendant.                  )

### ORDER

On November 7, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's federal claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted, and that her state claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3).

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 31st day of March, 2023.

_____
United States District Judge